UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCOIS L. DAMOUN,

        Petitioner,

   v.

KAMALA HARRIS,

        Respondent.

Case No.  15-cv-00583-HSG (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 18, 2015, the Court issued an order for petitioner to show cause, within twenty-one (21) days from the date of the order, why his petition should not be dismissed for failure to exhaust state remedies.  The deadline for petitioner to show cause that some or all of his claims are exhausted has passed and he has not done so.  Therefore, this action is dismissed without prejudice to petitioner re-filing it when he can show that some or all of his claims have been exhausted.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 6/23/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge