UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCOIS L. DAMOUN,

           Petitioner,

     v.

KAMALA HARRIS,

           Respondent.

Case No.  15-cv-00583-HSG (PR)

**JUDGMENT**

      This action is dismissed without prejudice because petitioner did not exhaust state court remedies before filing his federal petition for writ of habeas corpus.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated:  6/23/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge